_____

No. 95-2983
_____

Edmund C. Decker,                    *
                                     *
            Appellant,               *
                                     * Appeal from the United States
    v.                               * District Court for the
                                     * District of Nebraska.
General Electric Company,            *
                                     *      [UNPUBLISHED]
            Appellee.                *

                    _____

            Submitted:  May 31, 1996

               Filed:  June 21, 1996
                    _____

Before FAGG, BEAM, and LOKEN, Circuit Judges.
                    _____

PER CURIAM.

    Edmund C. Decker appeals the district court's[1] dismissal of his
complaint against General Electric for failure to state a claim.  After de
novo review of the record and the parties' briefs, we conclude the judgment
of the district court was correct.  Accordingly, we affirm.  See 8th Cir.
R. 47B.

    A true copy.

        Attest:


            CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

    [1]The Honorable Lyle E. Strom, United States District Judge for
the District of Nebraska.